# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2956
_____

ALLEN PULLEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Leon County.
Augustus Aikens, Judge.


March 20, 2025

PER CURIAM.

DISMISSED.

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Allen Pullen, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.